UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Clay Lee Jones, <br><br> Plaintiff, <br><br> v. <br><br> JRPAC, Inc., <br><br> Defendant. | 25-CV-5517 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

    On July 18, 2025, Plaintiff filed proof of service. *See* ECF No. 7. Defendant's answer was due on August 7, 2025. That date has now passed, and Defendant has yet to appear.

    Accordingly, by August 28, 2025, Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant, and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case.

    SO ORDERED.

Dated: August 21, 2025
       New York, New York

                                                          DALE E. HO
                                          United States District Judge